UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                     Case No. 21-30071
                                       Originating No. 1:21-mj-00223

**JAMES ALLEN MELS,**

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JAMES ALLEN MELS,** to answer to charges pending in another federal district, and states:

1. On **February 11, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. §1752(a)(1)- Knowingly entering or remaining in any restricted building or grounds without lawful authority, and 40 U.S.C. §5104(e)(2)- Violent entry and disorderly conduct on Capitol Grounds .**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Doug Salzenstein
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Doug.salzenstein@usa.doj.gov
(313) 226-9196

Dated: February 11, 2021